IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>JOHN R. ADAMS,<br><br>Defendant. | 21-po-05015-M-KLD<br><br>ORDER |

The United States has moved to dismiss the citation in the above-entitled case in the interest of justice. (Doc. 4.) Good cause appearing,

IT IS HEREBY ORDERED that the citation in the above-entitled case is dismissed and all future court dates are hereby vacated.

Dated this 6th day of July, 2021.

_____
Kathleen L. DeSoto
United States Magistrate Judge

1